FILED
RICHARD W. NAGEL
CLERK OF COURT

4/28/21

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 3:21-cr-49 |
| Plaintiff, | JUDGE Thomas Rose |
| vs. | INFORMATION |
| **JON DEVOL,** a/k/a **JOHN ATKINS,** | 18 U. S. C. § 641 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### (Theft of Public Money)

From in or about July 2015, and continuing through in or about June 2020, in the Southern District of Ohio, the defendant, **JON DEVOL**, did knowingly and willfully embezzle, steal, purloin, and convert to his own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security benefits having a value of approximately $58,782.

In violation of 18 U.S.C. § 641.

**VIPAL J. PATEL**
**ACTING UNITED STATES ATTORNEY**

_____
**TIMOTHY LANDRY (MA 669554)**
**SPECIAL ASSISTANT U.S. ATTORNEY**